**In re NICHIA CORPORATION, Petitioner.**

**Misc. No. 894.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2009.

**ON PETITION FOR WRIT OF MANDAMUS**

*ORDER*

Upon consideration of the unopposed motion to withdraw this mandamus petition,*

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

---

with or without prejudice.

(2) Any other pending motions are denied as moot.